THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Terrence
 Mitchell, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF 
CERTIORARI

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Memorandum Opinion No. 2008-MO-004
Submitted November 15, 2007  Filed
 January 14, 2008    
DISMISSED AS 
IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Attorney Wanda H. Carter, of South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy John W. McIntosh, Assistant Deputy
 Attorney General Salley W. Elliott, Assistant Attorney General Ashley A.
 McMahan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After
 careful consideration of the Appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.